IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JEREMY MICHAEL MCCARTY**                                               **PLAINTIFF**

**VERSUS**                             **CIVIL ACTION NO.:** 1:23cv333 TBM-RPM

**CITY OF BILOXI, MISSISSIPPI; AARON**                           **DEFENDANTS**
**SMITH, Individually; ANDREW ENGLAND,**
**Individually; DAVID ABBOT, Individually;**
**TRI NGUYEN, Individually; BROCK**
**NEWELL, Individually; BRANDI VAN**
**FOSSEN, Individually; CHRIS HINES,**
**Individually; and JOHN/JANE DOES 1 - 10,**
**Individually**

## COMPLAINT

### PLAINTIFF REQUESTS A TRIAL BY JURY

#### Introduction

This is a civil action arising from the unlawful arrest of Jeremy Michael McCarty ("Plaintiff" or "McCarty") on November 25, 2020, at 124 Main Street, Biloxi, Mississippi. Defendant members of the Biloxi, Mississippi, Police Department participated in the arrest of McCarty, the placing of him in police vehicles, transporting him to the county jail in Gulfport, Mississippi, while doing so without probable cause, and while using unreasonable and unnecessary force during the arrest, placing in vehicles, and transporting him, causing serious and permanent injuries, and denying him of medical treatment. The Defendants are sued for violations of McCarty's rights under the United States Constitution and the common law.

1

## Jurisdiction and Venue

1. This Court has jurisdiction to hear the federal civil rights violations in this matter under 28 U.S.C. § 1331 and 28 U.S.C. § 1343(a)(3)-(4) and supplemental jurisdiction to hear the common law claims under 28 U.S.C. § 1367.

2. Venue is proper under 28 U.S.C. § 1391 because the acts giving rise to this lawsuit occurred in the City of Biloxi and also in the City of Gulfport, Mississippi.

## Parties

3. The Plaintiff, Jeremy Michael McCarty, 36 years of age, at all times relevant has been a resident of the state of Mississippi.

4. The City of Biloxi, Mississippi, is a municipal corporation with the right to sue and be sued. It is responsible for the policies, procedures, and customs of the Biloxi Police Department and the police officers it employs.

5. At all times relevant to the Complaint, police officers Aaron Smith, Andrew England, David Abbot, Tri Nguyen, Brock Newell, Brandi Van Fossen, and Chris Hines were duly sworn and licensed police officers of the Biloxi Police Department acting under color of state law and within the scope of their employment. They are sued in their individual capacities.

6. At all times relevant to the Complaint, police officers John/Jane Does 1 – 10[1] were duly sworn and licensed police officers of the Biloxi Police Department acting under color of state law and within the scope of his/her employment. They are sued in their individual capacities.

---

[1] Defendants Aaron Smith, Andre England, David Abbot, Tri Nguyen, Brock Newell, Brandi Van Fossen, and Chris Hines and John/Jane Does 1 – 10 are collectively referred to as "the Individual Defendants").

**Facts**

7. Defendants Smith, Hines, and England arrested McCarty at a business establishment known as Patio 44 at 124 Main Street, Biloxi, Mississippi, for allegedly driving under the influence ("DUI") on November 25, 2020. McCarty was placed in handcuffs at 124 Main Street, placed in a police vehicle, and transported to the Biloxi Police station at 170 Porter Avenue, Biloxi (a distance of approximately one and a quarter mile to one and a half mile). Once McCarty was at the police station, Defendant Officer Smith jammed his thumb in McCarty's arm and attempted to slam him flat on my face. Defendant Officer Nguyen pulled the thick cotton winter shirt McCarty was wearing over his head almost suffocating McCarty. Defendant Officers threw McCarty in the back of a transport vehicle and transported him to jail. Prior to departing for the jail, Defendant Officers unnecessarily and for no good reason caused McCarty to lie in the transport vehicle face down with his hands cuffed behind his back and shackles on his feet. McCarty had to endure this treatment and position for several minutes as the vehicle sat in the rear of the police station. Defendant Officers caused McCarty ride from Biloxi police station to Harrison County Adult Detention Facility in Gulfport with the shirt over his head (a distance of approximately 13.5 miles to 16.5 miles) and without being buckled in a seatbelt but while lying on the vehicle's floor, cuffed and shackled. Defendant Officers refused to give McCarty medical attention while he was in their care and custody. McCarty was also accused of and charged with carrying a concealed weapon and disorderly conduct, said misdemeanors alleging to have occurred on November 25, 2020. The arrest for the carrying the concealed weapon, based on information from misdemeanor court, was made on or about December 1, 2020. McCarty was also arrested on November 25, 2020, for assault on two (2) police officers.

8. During and following this encounter with law enforcement on November 25, 2020,

McCarty suffered physical and mental/emotional injuries. McCarty was seen at the emergency department of Merit Health Biloxi on November 27, 2020, and reported experiencing back pain, neck pain, headache, shoulder pain, lower extremity pain, and chest wall pain as a result of his encounter with officers of the Biloxi Police Department on November 25, 2020. Plaintiff suffered physical pain and emotional distress, as a result of the actions of the defendants. Mcarty sought treatment from his primary physician in Biloxi within weeks of being examined at the emergency department of Merit Health Biloxi.

## COUNT I

### Fourth Amendment – Unreasonable Seizure – Arrest without Probable Cause

9. Plaintiff re-alleges Paragraphs 1 through 22 as if separately set forth.

10. The Individual Defendants lacked probable cause to arrest Plaintiff on charges of DUI, carrying a concealed weapon, and disorderly conduct.

11. The acts of Defendant Officer Smith and Defendant Officers violated Plaintiff's right to be free from an unreasonable seizure in violation of the Fourth Amendment, enforceable through 42 U.S.C. Section 1983.

WHEREFORE, the plaintiff, Jeremy Michael McCarty, seeks judgment against Defendant Officer Smith in the amount of One Million Dollars ($1,000,000) compensatory and punitive damages, plus attorneys' fees and costs.

## COUNT II

### Fourth Amendment – Unreasonable Seizure – Excessive Force

12. Plaintiff re-alleges Paragraphs 1 through 11 as if separately set forth.

13. Defendant officers Smith, England, Newell, Nguyen, Abbot, Hines, and Van Fossen, and police officers John/Jane Does 1 – 10 (collectively referred to as "the Individual

Defendants") used objectively unreasonable and excessive force in this arrest and detention of McCarty.

14. The acts of the Individual Defendants violated Plaintiff's right to be free from an unreasonable seizure in violation of the Fourth Amendment, enforceable through 42 U.S.C. Section 1983.

WHEREFORE, the plaintiff, Jeremy Michael McCarty, seeks judgment against the Individual Defendants in the amount of One Million Dollars ($1,000,000) compensatory and punitive damages, plus attorneys' fees and costs.

## COUNT III

### Fourteenth Amendment – Failure to Intervene

15. Plaintiff re-alleges Paragraphs 1 through 14 as if separately set forth.

16. The Individual Defendants observed Defendant Smith and England and other Biloxi police officers detain and arrest Plaintiff without reasonable suspicion or probable cause, and also observed Biloxi police officers detain and arrest Plaintiff using objectively unreasonable and excessive force, both in violation of Plaintiff's right to be free of an unreasonable seizure under the Fourth Amendment.

17. The Individual Defendants failed to intervene and prevent Biloxi police officers from violating Plaintiff's Fourth Amendment rights to be free from an unreasonable seizure, although the Individual Defendants had reasonable opportunities to do so.

18. The acts of the Individual Defendants violated Plaintiff's rights to the due process clause of the Fourteenth Amendment, enforceable through 42 U.S.C. Section 1983.

WHEREFORE, the plaintiff, Jeremy Michael McCarty, seeks judgment against the Individual Defendants in the amount of One Million Dollars ($1,000,000) compensatory and

punitive damages, plus attorneys' fees and costs.

## COUNT IV

## Municipal Liability under 42 U.S.C. Section 1983

19. Plaintiff re-alleges Paragraphs 1 through 18 as if separately set forth.

20. The City of Biloxi, Mississippi, (referred to as "the City of Biloxi") at all relevant times has maintained a policy, custom, or practice that has been the cause, the moving force, behind the violation of citizens' rights. Specifically, this policy, custom, or practice involves:

   a. The use of objectively unreasonable and excessive force on detainees and arrestees.
   b. Disorderly conduct arrests without probable cause, often only because the arrestee was protesting police conduct.
   c. Arrests for driving under the influence without probable cause.
   d. Overcharging arrestees with resisting arrest and assault on a police officer when they were simply being uncooperative.
   e. The arrestees receiving serious injuries but the officers not being injured during such encounters.
   f. Prosecutors declining to pursue such charges, demonstrating that the charges were meritless.
   g. The Biloxi Police Department not sustaining citizen complaints if it is the word of the complainant against a police officer and only sustaining a complaint if the citizen has corroboration from another person, if at all.

21. The above-described policy, custom, or practice was the direct proximate cause of the Individual Defendants violating Plaintiff's Fourth and Fourteenth Amendment rights, enforceable through 42 U.S.C. Section 1983.

WHEREFORE, the plaintiff, Jeremy Michael McCarty, seeks judgment against the City of Biloxi in the amount of One Million Dollars ($1,000,000) compensatory and punitive

damages, plus attorneys' fees and costs.

## COUNT V

### Common Law – False Arrest

22. Plaintiff re-alleges Paragraphs 1 through 21 as if separately set forth.

23. Defendant Smith and Hines detained and arrested Plaintiff without reasonable suspicion or probable cause.

24. The aforesaid acts of the Individual Defendants were taken within the scope of their employment by the City of Biloxi.

25. The unlawful acts of the Individual Defendants were the direct, proximate cause of Plaintiff's injuries.

WHEREFORE, the plaintiff, Jeremy Michael McCarty, seeks judgment against the Individual Defendants and the City of Biloxi in the amount of One Million Dollars ($1,000,000) compensatory and punitive damages, plus attorneys' fees and costs.

## COUNT VI

### Common Law – Assault and Battery

26. Plaintiff re-alleges Paragraphs 1 through 25 as if separately set forth.

27. By his and/or their words and acts, the Individual Defendants threatened to do and did do bodily harm to Plaintiff.

28. By using excessive and unreasonable force, the Individual Defendants caused harmful or offensive bodily contact with Plaintiff.

29. The aforesaid acts of the Individual Defendants were unprivileged.

30. The aforesaid acts of the Individual Defendants who were members of the Biloxi Police Department were taken within the scope of their employment by the City of

Biloxi.

31. The unlawful acts of the Individual Defendants were the direct, proximate cause of Plaintiff's injuries.

WHEREFORE, the plaintiff, Jeremy Michael McCarty, seeks judgment against the Individual Defendants and the City of Biloxi in the amount of One Million Dollars ($1,000,000) compensatory and punitive damages, plus attorneys' fees and costs.

## COUNT VII

### Common Law – Intentional Infliction of Emotional Distress

32. Plaintiff re-alleges Paragraphs 1 through 31 as if separately set forth.

33. The conduct of the Individual Defendants was extreme and outrageous and was intended to cause and did cause Plaintiff severe emotional distress and mental anguish.

34. The acts and omissions of the Individual Defendants were taken with the scope of their employment by the City of Biloxi.

WHEREFORE, the plaintiff, Jemery Michael McCarty, seeks judgment against the Individual Defendants and the City of Biloxi in the amount of One Million Dollars ($1,000,000) compensatory and punitive damages, plus attorneys' fees and costs.

## COUNT VIII

### Common Law – Malicious Prosecution

35. Plaintiff re-alleges Paragraphs 1 through 34 as if separately set forth.

36. The Individual Defendants initiated a charge of DUI, and disorderly conduct, and carrying a concealed weapon and against Plaintiff with malice and without probable cause.

37. Those charges terminated in Plaintiff's favor.

38. The acts of the Individual Defendants were taken within the scope of their employment by the City of Biloxi.

WHEREFORE, the plaintiff, Jeremy Michael McCarty, seeks judgment against the Individual Defendants and the City of Biloxi in the amount of One Million Dollars ($1,000,000) compensatory and punitive damages, plus attorneys' fees and costs.

## Jury Trial

Plaintiff demands a trial by jury on all issues so triable.

        Respectfully submitted,

        JEREMY MICHAEL MCCARTY
        Defendant

    By: /s/Alvin Chase
        Alvin Chase
        Attorney for Plaintiff
        MSBN 5968
        CHASE CHASE & ASSOCIATES, PLLC
        P.O. Box 7119
        D'Iberville, Mississippi 39540
        Telephone: (228) 396-3300
        Facsimile:  9228) 396-1494
        chaselaw@bellsouth.net