IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JEREMY MICHAEL McCARTY**                                                                 **PLAINTIFF**

**v.**                                                         **CIVIL ACTION NO. 1:23-cv-333-TBM-RPM**

**CITY OF BILOXI, MISSISSIPPI; AARON SMITH,** *Individually*; **ANDREW ENGLAND,** *Individually*; **DAVID ABBOT,** *Individually*; **TRI NGUYEN,** *Individually*; **BROCK NEWELL,** *Individually*; **BRANDI VAN FOSSEN,** *Individually*; **CHRIS HINES,** *Individually*                                                        **DEFENDANTS**

### JUDGMENT OF DISMISSAL

The parties have agreed to, and announced to the Court, a resolution of this case. The Court desires that this matter be finally closed on its docket.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, with each party to bear its own costs. The Court will retain jurisdiction over this lawsuit for the purpose of enforcing any agreement governing the resolution and dismissal.

SO ORDERED AND ADJUDGED this the 24th day of June, 2025.

                                                                                            _____
                                                                                            TAYLOR B. McNEEL
                                                                                            UNITED STATES DISTRICT JUDGE